

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

January 24, 2024

2023-1399 - Pilot, Inc. v. Shenzhen Chic Electrics Co., Ltd.

# NOTICE OF NON-COMPLIANCE

The paper copies of appellant's response and reply brief provided to the court by Pilot, Inc. are not in compliance with the rules of this court. Within <u>five</u> business days from the date of this notice, please submit compliant paper copies that correct the following identified deficiencies:

- The paper copies of the brief have an incorrect cover color. In a cross-appeal, the appellant's response and reply brief must be yellow. Fed. R. App. P. 28.1(d).

\* \* \*

<u>A party's failure to timely file corrected paper copies curing all defects identified on this notice may result in adverse action.</u> An appellant or petitioner's failure to cure a defective filing may also result in the dismissal of the appeal.

Upon receipt of corrected paper copies, the Clerk's Office will appropriately dispose of the non-compliant versions previously provided.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

By: V. Woodard, Deputy Clerk